JOHN M. YOUNGQUIST (CSB #38504)
650 California Street, 25th Floor
San Francisco, CA 94108
Telephone: (415) 986-4100
Facsimile: (415) 981-5027

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. CR 06-0034 WHA** |
| Plaintiff, | |
| v. | **DEFENDANT'S APPLICATION FOR ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW FOREIGN TRAVEL FOR BUSINESS PURPOSES; DECLARATION IN SUPPORT THEREOF; ORDER THEREON** |
| **SAM HO LOW,** | |
| Defendant. | |

## APPLICATION

Pursuant to the Court's instructions given in open court on February 7, 2006, at the time of defendant's change of plea to guilty and setting of the case for sentencing and judgment, defendant now respectfully applies to the Court to grant and order modification of defendant's conditions of release to allow him to travel outside of California and Nevada to Hong Kong, China, on March 1, 2006 and to return to this District on March 16, 2006, for business purposes, for the reasons hereinbelow set forth in defendant's Declaration in Support of Application.

Defendant's undersigned attorney represents that he has consulted with the United States Attorney's office in this matter and that it interposes no objection to granting modification for foreign travel in this instance only.

## DECLARATION IN SUPPORT OF APPLICATION

I, SAM H. LOW, defendant in this action, pursuant to 28 U.S.C. § 1746, state as follows:

1.      I am a naturalized citizen of the United States and have been since May 1980.  I have a United States Passport, No. P300297723.  My permanent residence is at 10 Palm Avenue, Millbrae, California.  I have lived there for two years with my family, which includes my wife, Wai Fong Low, my three children, Carmen (19), Angus (17) and Bryant (15).  Before that, we lived at 1826 17th Avenue, San Francisco, for thirteen years.

2.      Because of the government's (the IRS's) many contacts with customers of my business, Frank and Sam's Construction & Remodeling Company, Inc., over the past several years, I do not have enough business customers left to support my family.  I am in the final stages of opening a new business, with partners, in Las Vegas, Nevada, for wholesale and retail sales of high quality granite and marble stone imported from Asia for use in building construction and remodeling.  The name of the business will be "Q STONE."  Because of commitments made with my partners in months prior to February 2006, it is essential to this business that I travel to Hong Kong, China, on March 1, 2006, to consult, negotiate and close contracts with our prospective suppliers of stone in Shanghai and Canton, China.  I will return to San Francisco on March 16, 2006.

3.      I am fully aware and understand the conditions of my release pending sentencing by the Court and the penalties for violating any of them. I understand that, if given permission for this travel, I must and will comply with the terms of the Court's order and will return to the United States as soon as my business is completed, no later than March 16, 2006.

4.      I have completed my initial paper work with the Probation Office and have scheduled a meeting with the assigned Probation Officer for my presentencing interview on February 27th.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of February , 2006, at San Francisco, California.

SAM HO LOW

For the foregoing reasons, we request that defendant's application be accepted and the following Order be made by the Court.

Dated: February 17, 2006

JOHN M. YOUNGQUIST
Attorney for Defendant

### ORDER

Good cause appearing upon the foregoing application and declaration, it is hereby

ORDERED that the conditions respecting travel in the Order Setting Conditions of Release filed in this action on January 24, 2006 be and hereby are modified as follows:

Defendant SAM HO LOW may travel outside of the United States to the foreign country of China for business purposes, said travel to commence on March 1, 2006 and conclude on March 16, 2006 with his return to this District; and it is further

ORDERED that if defendant violates the foregoing modified conditions allowing his travel outside the United States, without reasonable cause shown to the Court, he will be remanded to custody.

ORDERED this  21st  day of February, 2006.

WILLIAM
United Sta



X:\low\pld\application

APPLICATION; DECLARATION; and ORDER